PROB 12C
(7/93)

# UNITED STATES DISTRICT COURT

for

WESTERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED
JUL - 8 2013
David J. Bradley, Clerk of Court

FILED
JUN 2 5 2013
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

## Petition for Warrant or Summons for Offender Under Supervision

H-13-681M

Name of Offender: Sabino Venegas        Case Number: DR-08-CR-00604(01)

Name of Sentencing Judicial Officer: Honorable Alia Moses, United States District Judge

Date of Original Sentence: May 10, 2010

Original Offense: Illegal Transportation of Aliens For Commercial Advantage or Private Financial Gain

Original Sentence: 30 months imprisonment followed by 3 years supervised release

Type of Supervision: Supervised Release        Date Supervision Commenced: October 20, 2010

Assistant U.S. Attorney: Benjamin Seal        Defense Attorney: Diana Aguilar

---

### PREVIOUS COURT ACTION

None.

### PETITIONING THE COURT

☒ The issuance of a warrant
☐ The issuance of a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Mandatory Condition No. 1. The defendant shall not commit another federal, state, or local crime.** |
| 2. | **Standard Condition No. 17. If the defendant is excluded, deported, or removed upon release from imprisonment, the term of supervised release shall be a non-reporting term of supervised release. The defendant shall not illegally re-enter the United States. If the defendant lawfully re-enters the United States during the term of supervised release, the defendant shall immediately report in person to the nearest U.S. Probation Office.** |

On or about May 23, 2013, Sabino Venegas, an illegal alien and citizen of Mexico, was found in the United States having been previously denied admission, excluded, deported or removed from the United States on or about October 20, 2010, and the offender did not receive the consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security, the successor for this function pursuant to 6 U.S.C. §§ 202(3), (4) & 557, to reapply for admission, being voluntarily in the United States in violation of 8 U.S.C. § 1326(a) & (b).

A true copy of the original
Clerk, U.S. District Court

_____
Deputy

Following his conviction in DR-08-CR-00604 (01) Venegas was released to immigration authorities and deported from the United States on October 20, 2010. On May 23, 2013, the defendant was arrested by the Liberty County, Texas, Sheriff's Office, for the outstanding warrants of Bail Jumping and Failure to Appear, which were noted in the presentence report dated March 13, 2009, under the defendant's pending charge for Assault Causing Bodily Injury-Family Violence. The defendant was charged in the Liberty County Court, under Docket No. 89158. Contact with the Clerk's Office verified the case was closed as of May 28, 2013. The defendant was released to the custody of Immigration and Customs Enforcement on May 31, 2013. There is no record that Venegas applied for or received permission from the Attorney General or the Secretary of the Department of Homeland Security to reenter the United States after deportation. Contact with immigration officials verified the defendant was deported on June 4, 2013.

U.S. Probation Officer Recommendation:

The term of supervision should be

- ☒ revoked. (Maximum penalty: __2__ years imprisonment; __3__ supervised release; and payment of any unsatisfied monetary sanction previously imposed)

- ☐ extended for _____ years for a total term of _____ years

- ☐ The conditions of supervision should be modified as follows:

Approved: _____
Sylvia Nowlin
Supervising U.S. Probation Officer

Respectfully Submitted
_____
Natalie Dominguez
U.S. Probation Officer,
Date: June 24, 2013
Telephone #: 830-703-2089, ext. 248

Approved: _____
Christopher Blanton
Assistant U.S. Attorney

cc: Victor Calderon
Assistant Deputy Chief U.S. Probation Officer

THE COURT ORDERS:

- ☐ No action.
- ☒ The issuance of a WARRANT.   Bond is set in the amount of $_____ cash/surety with supervision by the United States Probation Office to continue as a condition of release.
- ☐ The issuance of a SUMMONS.
- ☐ Other _____

_____
Honorable Alia Moses
United States District Judge

6-25-13
Date

AO 442 (Rev. 10/03) Warrant for Arrest (Rev. 9/05 WDTX)

# UNITED STATES DISTRICT COURT

__Western__ District of __Texas__

UNITED STATES OF AMERICA

v.

SABINO VENEGAS

**WARRANT FOR ARREST**

Case Number: DR-08-CR-604 (1)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __SABINO VENEGAS__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition ☒ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)
VIOLATION OF CONDITIONS OF SUPERVISED RELEASE
(SEE ATTACHED COPY)

in violation of Title(s) _____ United States Code, Section(s) _____

B. Briones
Name of Issuing Officer

Operations Specialist
Title of Issuing Officer

DATE ISSUED: 6/26/2013

Bail fixed at $ DETAIN

Signature of Issuing Officer

6/26/2013 Del Rio, TX
Date and Location

by U.S. DISTRICT JUDGE ALIA MOSES
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |